Anthony R. Bisconti (SBN 269230)
tbisconti@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
360 E. 2nd Street, Ste. 625
Los Angeles, CA 90012
Telephone (213) 528-3400
Facsimile (949) 369-3701

Special Litigation Counsel for Wesley H. Avery, Chapter 7 Trustee



**FILED & ENTERED**

MAR 30 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KATHERINE LAUREN HILL,<br><br>Debtor. | Bankr. Case No.: 2:22-bk-15644-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER DIRECTING (I) PRODUCTION OF DOCUMENTS BY MCELROY PARRIS TRIAL LAWYERS AND (II) APPEARANCE BY ASHLEY PARRIS, ESQ. FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |

The Court, having reviewed and considered the *Motion for Order Directing (i) Production of Documents by McElroy Parris Trial Lawyers and (ii) Appearance by Ashley Parris, Esq. for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004* (the "Motion") filed on March 29, 2023 by Wesley H. Avery (the "Trustee"), the duly appointed Chapter 7 trustee in this case, has determined that good cause exists to grant the Motion. Accordingly,

**IT IS ORDERED THAT:**

1. The Motion is GRANTED in its entirety.

2. McElroy Parris Trial Lawyers and Ashley Parris, Esq., are directed to produce to the Trustee the documents responsive to the requests set forth in Exhibit 1 to the declaration of Anthony R. Bisconti filed in support of the Motion, not later than April 20, 2023, at the offices of Bienert

Katzman Littrell Williams LLP, 360 E. 2nd Street, Ste. 625, Los Angeles CA 90012, or provide such documents electronically to the Trustee's counsel at tbisconti@bklwlaw.com.

3. Ashley Parris is directed to appear virtually for examination via Zoom or alternative virtual means, as may be designated by the Trustee, on May 2, 2023 beginning at 10:00 a.m. PST, or such other date and time as may be agreed to by the Trustee and Ms. Parris.

4. The Trustee is authorized to issue and serve any subpoena(s) necessary to facilitate the production of documents and/or appearance for examination directed by this order.

###

Date: March 30, 2023

_____
Barry Russell
United States Bankruptcy Judge